**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD HALL, | ) |
|     Plaintiff, | ) |
| v. | )    2:16-cv-00387-GMN-GWF |
| DIANA MENDOZA et al., | )    **ORDER** |
|     Defendants. | ) |

**I.  DISCUSSION**

On February 26, 2016, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* within 30 days from the date of that order.  (ECF No. 2 at 2).  On March 7, 2016, Plaintiff filed a motion for an extension of time to file his application to proceed *in forma pauperis*.  (ECF No. 3 at 1).  Plaintiff asserts that he is a prisoner at the Tonopah Conservation Camp which has no law library and no caseworkers.  (*Id.*).  Plaintiff asserts that he has requested a financial certificate but that it has not yet arrived.  (*Id.*).

The Court grants Plaintiff's motion for an extension of time.  (ECF No. 3).  On or before Friday, April 15, 2016, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 3) is granted.

///

1    IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

   IT IS FURTHER ORDERED that on or before Friday, April 15, 2016, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

   IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

   DATED: This 9th day of March, 2016.

   _____
   United States Magistrate Judge

2